IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRIE A. SIMPSON**                                                                                    **PLAINTIFF**

v.                                           3:09CV00034-WRW

**THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**                                                     **DEFENDANT**

### ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 11). The parties agree that this case may be dismissed with prejudice to refiling, each party bearing its own fees and costs.

The parties' Joint Motion to Dismiss is GRANTED. The case is dismissed with prejudice to refiling, each party bearing its own fees and costs.

IT IS SO ORDERED this 28th day of October, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE